**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | Case No. 10-02130-SPS |
| | § | |
| RANDY HENDERSON | § | |
| JACQUELINE MARIE HENDERSON | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/29/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/01/2012                    By:   /s/ David P. Leibowitz
                                                    (Trustee)


David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085


**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 10-02130-SPS |
|---|---|---|
| | § | |
| RANDY HENDERSON | § | |
| JACQUELINE MARIE HENDERSON | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                                $3,504.57
*and approved disbursements of*                                $28.15
*leaving a balance on hand of[1] :*                                $3,476.42


Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | $6,536.68 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:                                $0.00
Remaining balance:                                $3,476.42

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $876.14 | $0.00 | $876.14 |
| David P. Leibowitz, Trustee Expenses | $50.10 | $0.00 | $50.10 |

Total to be paid for chapter 7 administrative expenses:                                $926.24
Remaining balance:                                $2,550.18

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,550.18 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,550.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $78,421.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Roundup Funding, LLC/ GE MONEY | $1,273.54 | $0.00 | $41.41 |
| 3 | TARGET NATIONAL BANK | $605.30 | $0.00 | $19.68 |
| 4 | Capital One Bank (USA), N.A. | $1,983.73 | $0.00 | $64.51 |
| 5 | Capital One Bank (USA), N.A. | $2,540.85 | $0.00 | $82.63 |
| 6 | Capital One Bank (USA), N.A. | $1,722.59 | $0.00 | $56.02 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank | $4,366.30 | $0.00 | $141.99 |
| 8 | Nelnet | $40,751.08 | $0.00 | $1,325.17 |
| 9 | Chase Bank USA, N.A. | $2,579.23 | $0.00 | $83.87 |
| 10 | Chase Bank USA, N.A. | $764.06 | $0.00 | $24.85 |
| 11 | Capital Recovery III LLC As | $949.86 | $0.00 | $30.89 |

**UST-Form 101-7-NFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| | Assignee of CREDIT ONE BANK, N A | | | |
| 12 | Chase Bank USA, N.A. | $7,974.73 | $0.00 | $259.33 |
| 13 | Chase Bank USA, N.A. | $4,129.94 | $0.00 | $134.30 |
| 14 | Chase Bank USA,N.A./ Kohl's Department Stores | $3,832.65 | $0.00 | $124.63 |
| 15 | Atlas Acquisitions LLC Assignee of Bank of America, NA | $842.42 | $0.00 | $27.39 |
| 16 | GE Money Bank dba OLD NAVY | $1,684.28 | $0.00 | $54.77 |
| 17 | GE Money Bank dba SAM'S CLUB | $1,700.00 | $0.00 | $55.28 |
| 18 | GE Money Bank dba IKEA CONSUMER | $612.50 | $0.00 | $19.92 |
| 19 | Nicor Gas | $108.93 | $0.00 | $3.54 |

Total to be paid to timely general unsecured claims: $2,550.18

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $9,543.05 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 20 | CitiFinancial Services, Inc | $9,543.05 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

UST-Form 101-7-NFR (5/1/2011)

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act
exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 10-02130-SPS
Randy Henderson                                                        Chapter 7
Jacqueline Marie Henderson
        Debtors              **CERTIFICATE OF NOTICE**

District/off: 0752-1          User: pgordon          Page 1 of 3          Date Rcvd: Feb 02, 2012
                              Form ID: pdf006         Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2012.
db/jdb      +Randy Henderson,   Jacqueline Marie Henderson,   8124 S. Odell,   Bridgeview, IL 60455-1622
15371572    +Atlas Acquisitions LLC Assignee of Bank,   of America, NA,   294 Union St.,
              Hackensack, NJ 07601-4303
14985142    +Bac / Fleet Bankcard,   Po Box 26012,   Greensboro, NC 27420-6012
14985143    +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14985145    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
              Norcross, GA 30091)
15208176     Capital One Bank (USA), N.A.,   by American Infosource Lp As Agent,   PO Box 248839,
              Oklahoma City, OK  73124-8839
14985151    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
14985148    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15256243     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15358034    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P.O.Box 740933,
              Dallas, TX 75374-0933
14985152    +Chase-pier1,   Attn: Recovery,   Po Box 100018,   Kennesaw, GA 30156-9204
14985153    +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
15709475     CitiFinancial Services, Inc,   P.O. Box 140489,   Irving, TX 75014-0489
14985154    +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14985155    +Citifinancial,   8227 Hull Street Rd # 14,   Richmond, VA 23235-6413
14985156    +Direct Merchants Bank,   Card Member Services - GSC,   Po Box 5246,   Carol Stream, IL 60197-5246
14985164    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
             (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Center,
              Po Box 537901,   Livonia, MI 48153)
14985157    +Fashion Bug/soanb,   Attn: Bankruptcy,   6356 Corley Rd,   Norcross, GA 30071-1704
14985160     Fifth Third Bank,   P.O. Box 630412,   Cincinnati, OH 45263-0412
14985158    +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
              Grand Rapids, MI 49546-6210
14985161    +First National Bank of Marin/Credit One,   Customer Service,   Po Box 98873,
              Las Vegas, NV 89193-8873
14985163    +First Premier Bank,   Po Box 5524,   Sioux Falls, SD 57117-5524
15052190    +Ford Motor Credit Company LLC,   P O Box 6275,   Dearborn, MI 48121-6275
14985170    +Hsbc Bank,   Attn: Bankruptcy,   Po Box 5253,   Carol Stream, IL 60197-5253
14985171    +Illinois Collection Se,   8231 W. 185th St. Ste. 100,   Tinley Park, IL 60487-9356
14985181    +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
14985182    +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
14985184    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
14985187    ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Motor Credit,   P.O. Box 5855,   Carol Stream, IL 60197-5855)
14985185    +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
14985188    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,   Attn: Bankruptcy Dept,   Po Box 5229,
              Cincinnati, OH 45201)
14985190    +Wffinancial,   9620 S Roberts Rd,   Hickory Hills, IL 60457-2238
14985191    +Wfnnb/roomplace,   Po Box 2974,   Shawnee Mission, KS 66201-1374

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15274170    +E-mail/Text: bnc@atlasacq.com Feb 03 2012 02:19:00    Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
15268271    +E-mail/PDF: rmscedi@recoverycorp.com Feb 03 2012 03:40:06
              Capital Recovery III LLC As Assignee of CREDIT ONE,   BANK, N A,
              Care of Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
15484968    +E-mail/PDF: rmscedi@recoverycorp.com Feb 03 2012 03:42:26    GE Money Bank dba IKEA CONSUMER,
              Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15484966    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:40:05    GE Money Bank dba OLD NAVY,
              Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15484967    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:40:05    GE Money Bank dba SAM'S CLUB,
              Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14985166    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:53:11    GEMB / Old Navy,
              Attention: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
14985167    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:53:11    Gemb/ikea,   Po Box 981400,
              El Paso, TX 79998-1400
14985168    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:52:22    Gemb/jcp,   Attention: Bankruptcy,
              Po Box 103106,   Roswell, GA 30076-9106
14985169    +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:40:05    Gemb/meijer,   Attn: Bankruptcy,
              Po Box 103104,   Atlanta, GA 30076-9104
14985172    +E-mail/PDF: cr-bankruptcy@kohls.com Feb 03 2012 03:40:22    Kohls,   Attn: Recovery,
              Po Box 3120,   Milwaukee, WI 53201-3120
14985173    +E-mail/Text: electronicbkydocs@nelnet.net Feb 03 2012 02:19:58    Loanstar Systems Inc,
              Po Box 17460,   Denver, CO 80217-0460
14985176    +E-mail/Text: electronicbkydocs@nelnet.net Feb 03 2012 02:19:58    Nelnet,   Attn: Claims,
              Po Box 17460,   Denver, CO 80217-0460

```
District/off: 0752-1          User: pgordon          Page 2 of 3              Date Rcvd: Feb 02, 2012
                             Form ID: pdf006          Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15245299      +E-mail/Text: electronicbkydocs@nelnet.net Feb 03 2012 02:19:58      Nelnet,
               3015 South Parker Road Suite 400,   Aurora CO 80014-2904
15604095      +E-mail/Text: bankrup@nicor.com Feb 03 2012 02:16:55      Nicor Gas,   PO Box 549,
               Aurora IL 60507-0549
14985180      +E-mail/Text: bankrup@nicor.com Feb 03 2012 02:16:54      Nicor Gas,
               Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15237742      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 03 2012 02:16:01
               PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
15171068       E-mail/Text: resurgentbknotifications@resurgent.com Feb 03 2012 02:16:01      Roundup Funding, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
14985183      +E-mail/PDF: gecsedi@recoverycorp.com Feb 03 2012 03:42:26      Sams Club,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
15195438      +E-mail/Text: bncmail@w-legal.com Feb 03 2012 02:20:05      TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 19


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14985162       First Premier Bank
14985186       Toyota Motor Credit,   Must call 800-874-8822 for mailing addre
14985189       Washington Mutual
14985144*     +Bank Of America,   Attn: Bankruptcy NC4-105-02-77,   Po Box 26012,   Greensboro, NC 27420-6012
14985147*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
14985146*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
                Norcross, GA 30091)
14985149*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14985150*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14985165*     ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
               (address filed with court: Ford Motor Credit Corporation,   National Bankruptcy Center,
                Po Box 537901,   Livonia, MI 48153)
14985159*     +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,   1850 East Paris,
                Grand Rapids, MI 49546-6210
14985174*     +Loanstar Systems Inc,   Po Box 17460,   Denver, CO 80217-0460
14985175*     +Loanstar Systems Inc,   Po Box 17460,   Denver, CO 80217-0460
14985177*     +Nelnet,   Attn: Claims,   Po Box 17460,   Denver, CO 80217-0460
14985178*     +Nelnet,   Attn: Claims,   Po Box 17460,   Denver, CO 80217-0460
14985179*     +Nelnet,   Attn: Claims,   Po Box 17460,   Denver, CO 80217-0460
                                                                          TOTALS: 3, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0752-1              User: pgordon              Page 3 of 3              Date Rcvd: Feb 02, 2012
                                 Form ID: pdf006            Total Noticed: 52


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2012 at the address(es) listed below:
          Carrie A Zuniga    on behalf of Trustee David Leibowitz czuniga@lakelaw.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz    on behalf of Trustee David Leibowitz dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
          John  Eggum    on behalf of Trustee David Leibowitz jeggum@lakelaw.com
          Jonathan T Brand    on behalf of Trustee David Leibowitz jbrand@lakelaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W McEvoy    on behalf of Debtor Randy Henderson tommcevoy@msn.com
                                                                                  TOTAL: 7