UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-02130-SPS |
|---|---|---|
| | § | |
| RANDY HENDERSON | § | |
| JACQUELINE MARIE HENDERSON | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $274,748.00 | Assets Exempt: | $21,447.00 |
| Total Distributions to Claimants: | $2,550.18 | Claims Discharged Without Payment: | $139,174.93 |
| Total Expenses of Administration: | $954.39 | | |

3) Total gross receipts of $3,504.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,504.57 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $266,370.00 | $6,536.68 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $954.39 | $954.39 | $954.39 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $145,528.07 | $87,965.04 | $87,965.04 | $2,550.18 |
| **Total Disbursements** | $411,898.07 | $95,456.11 | $88,919.43 | $3,504.57 |

4). This case was originally filed under chapter 7 on 01/21/2010. The case was pending for 29 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2012     By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Toyota Camry (2005) | 1124-000 | $3,504.30 |
| Interest Earned | 1270-000 | $0.27 |
| **TOTAL GROSS RECEIPTS** | | **$3,504.57** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Ford Motor Credit Company LLC | 4110-000 | $7,242.00 | $6,536.68 | $0.00 | $0.00 |
|  | Fifth Third Bank | 4110-000 | $252,320.00 | NA | $0.00 | $0.00 |
|  | Toyota Motor Credit | 4110-000 | $6,808.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$266,370.00** | **$6,536.68** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $876.14 | $876.14 | $876.14 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $50.10 | $50.10 | $50.10 |
| Green Bank | 2600-000 | NA | $28.15 | $28.15 | $28.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$954.39** | **$954.39** | **$954.39** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Roundup Funding, LLC/ GE MONEY | 7100-900 | $1,273.00 | $1,273.54 | $1,273.54 | $41.41 |
| 3 | TARGET NATIONAL BANK | 7100-900 | $605.00 | $605.30 | $605.30 | $19.68 |
| 4 | Capital One Bank (USA), N.A. | 7100-900 | $1,527.00 | $1,983.73 | $1,983.73 | $64.51 |
| 5 | Capital One Bank (USA), N.A. | 7100-900 | $2,193.00 | $2,540.85 | $2,540.85 | $82.63 |
| 6 | Capital One Bank (USA), N.A. | 7100-900 | $1,433.00 | $1,722.59 | $1,722.59 | $56.02 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $3,678.00 | $4,366.30 | $4,366.30 | $141.99 |
| 8 | Nelnet | 7100-000 | $40,649.00 | $40,751.08 | $40,751.08 | $1,325.17 |
| 9 | Chase Bank USA, N.A. | 7100-900 | $2,579.00 | $2,579.23 | $2,579.23 | $83.87 |
| 10 | Chase Bank USA, N.A. | 7100-900 | $764.00 | $764.06 | $764.06 | $24.85 |
| 11 | Capital Recovery III LLC As Assignee of CREDIT ONE BANK, N A | 7100-900 | NA | $949.86 | $949.86 | $30.89 |
| 12 | Chase Bank USA, N.A. | 7100-900 | $7,974.00 | $7,974.73 | $7,974.73 | $259.33 |
| 13 | Chase Bank USA, N.A. | 7100-900 | $4,129.00 | $4,129.94 | $4,129.94 | $134.30 |
| 14 | Chase Bank USA,N.A./ Kohl's Department Stores | 7100-900 | $3,447.00 | $3,832.65 | $3,832.65 | $124.63 |
| 15 | Atlas Acquisitions LLC Assignee of Bank of America, NA | 7100-900 | $803.00 | $842.42 | $842.42 | $27.39 |
| 16 | GE Money Bank dba OLD NAVY | 7100-900 | $1,649.00 | $1,684.28 | $1,684.28 | $54.77 |
| 17 | GE Money Bank dba SAM'S CLUB | 7100-900 | $1,741.00 | $1,700.00 | $1,700.00 | $55.28 |
| 18 | GE Money Bank dba IKEA CONSUMER | 7100-900 | $612.00 | $612.50 | $612.50 | $19.92 |
| 19 | Nicor Gas | 7100-000 | $42.00 | $108.93 | $108.93 | $0.00 |
|  | Clerk, US | 7100-001 | $0.00 | $0.00 | $0.00 | $3.54 |

**UST Form 101-7-TDR (5/1/2011)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Bankruptcy Court (Claim No. 19; Nicor Gas) |  |  |  |  |  |
| 20 | CitiFinancial Services, Inc | 7200-000 | $16,670.00 | $9,543.05 | $9,543.05 | $0.00 |
|  | Bac / Fleet Bankcard | 7100-000 | $11,634.00 | NA | NA | $0.00 |
|  | Bank Of America | 7100-000 | $8,610.00 | NA | NA | $0.00 |
|  | Citibank Usa | 7100-000 | $8,551.00 | NA | NA | $0.00 |
|  | Direct Merchants Bank | 7100-000 | $635.00 | NA | NA | $0.00 |
|  | Fashion Bug/soanb | 7100-000 | $298.00 | NA | NA | $0.00 |
|  | First National Bank of Marin/Credit | 7100-000 | $819.00 | NA | NA | $0.00 |
|  | First Premier Bank | 7100-000 | $473.00 | NA | NA | $0.00 |
|  | First Premier Bank | 7100-000 | $436.00 | NA | NA | $0.00 |
|  | Gemb/meijer | 7100-000 | $1,078.00 | NA | NA | $0.00 |
|  | Hsbc Bank | 7100-000 | $5,241.00 | NA | NA | $0.00 |
|  | Illinois Collection Se | 7100-000 | $95.00 | NA | NA | $0.00 |
|  | Kohls | 7100-000 | $3,735.00 | NA | NA | $0.00 |
|  | Loanstar Systems Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Loanstar Systems Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Loanstar Systems Inc | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Prsm/cbsd | 7100-000 | $3,324.00 | NA | NA | $0.00 |
|  | Rnb-fields3 | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Sears/cbsd | 7100-000 | $983.00 | NA | NA | $0.00 |
|  | Us Bank/na Nd | 7100-000 | $1,093.00 | NA | NA | $0.00 |
|  | Washington Mutual | 7100-000 | $3,025.07 | NA | NA | $0.00 |
|  | Wffinancial | 7100-000 | $886.00 | NA | NA | $0.00 |
|  | Wfnnb/roomplace | 7100-000 | $2,844.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $145,528.07 | $87,965.04 | $87,965.04 | $2,550.18 |

**UST Form 101-7-TDR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 10-02130-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HENDERSON, RANDY AND HENDERSON, JACQUELINE MARI | Date Filed (f) or Converted (c): | 01/21/2010 (f) |
| For the Period Ending: | 6/11/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 05/26/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  8124 S. Odell, Bridgeview, IL 60455 | $264,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Location: 8124 S. Odell, Bridgeview IL | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  Bridgeview Bank Checking Account 7900 S. Harlem, Bridgview, IL | $100.00 | $0.00 | DA | $0.00 | FA |
| 4  Living Room Furnishings and Televisions and DVD Location: 8124 S. Odell, Bridgeview IL | $1,500.00 | $1,500.00 | DA | $0.00 | FA |
| 5  Kitchen Table and Chairs, Microwave, Stove And Fridge Location: 8124 S. Odell, Bridgeview IL | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 6  Bedroom Furnishings Location: 8124 S. Odell, Bridgeview IL | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 7  Sports cards, CD's | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| 8  Everyday clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 9  Weight Bench Location: 8124 S. Odell, Bridgeview IL | $200.00 | $200.00 | DA | $0.00 | FA |
| 10  2002 Honda CRV | $7,585.00 | $3,585.00 | DA | $0.00 | FA |
| 11  2004 Ford Focus - for Daughter | $6,735.00 | $6,735.00 | DA | $0.00 | FA |
| 12  Toyota Camry (2005) | $11,425.00 | $6,808.00 | DA | $3,504.30 | FA |
| 13  1 Lab and 1 Golden Retriever | $600.00 | $600.00 | DA | $0.00 | FA |
| INT  Interest Earned        (u) | Unknown | Unknown | DA | $0.27 | Unknown |
| **TOTALS (Excluding unknown value)** | **$296,195.00** | **$22,428.00** | | **$3,504.57** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**
bank statement recvd
Debtors to purchase equity of vehicle (s)
TFR Completed for Trustee's Review.
Motion to Abandon 2004 Ford Focus. Filed Hearing scheduled for 1/10/2012

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 10-02130-SPS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HENDERSON, RANDY AND HENDERSON, JACQUELINE MARIE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0993 | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | ******0994 | Account Title: | DDA |
| For Period Beginning: | 1/21/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,504.57 | | $3,504.57 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.09 | $3,503.48 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.92 | $3,498.56 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.64 | $3,492.92 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.81 | $3,487.11 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.26 | $3,481.85 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.43 | $3,476.42 |
| 03/01/2012 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $50.10 | $3,426.32 |
| 03/01/2012 | 5002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $876.14 | $2,550.18 |
| 03/01/2012 | 5003 | Roundup Funding, LLC/ GE MONEY | Claim #: 2; Amount Claimed: 1,273.54; Amount Allowed: 1,273.54; Distribution Dividend: 3.25; | 7100-900 | | $41.41 | $2,508.77 |
| 03/01/2012 | 5004 | TARGET NATIONAL BANK | Claim #: 3; Amount Claimed: 605.30; Amount Allowed: 605.30; Distribution Dividend: 3.25; | 7100-900 | | $19.68 | $2,489.09 |
| 03/01/2012 | 5005 | Capital One Bank (USA), N.A. | Claim #: 4; Amount Claimed: 1,983.73; Amount Allowed: 1,983.73; Distribution Dividend: 3.25; | 7100-900 | | $64.51 | $2,424.58 |
| 03/01/2012 | 5006 | Capital One Bank (USA), N.A. | Claim #: 5; Amount Claimed: 2,540.85; Amount Allowed: 2,540.85; Distribution Dividend: 3.25; | 7100-900 | | $82.63 | $2,341.95 |
| 03/01/2012 | 5007 | Capital One Bank (USA), N.A. | Claim #: 6; Amount Claimed: 1,722.59; Amount Allowed: 1,722.59; Distribution Dividend: 3.25; | 7100-900 | | $56.02 | $2,285.93 |
| 03/01/2012 | 5008 | PYOD LLC its successors and assigns as assignee of | Claim #: 7; Amount Claimed: 4,366.30; Amount Allowed: 4,366.30; Distribution Dividend: 3.25; | 7100-900 | | $141.99 | $2,143.94 |
| 03/01/2012 | 5009 | Nelnet | Claim #: 8; Amount Claimed: 40,751.08; Amount Allowed: 40,751.08; Distribution Dividend: 3.25; | 7100-000 | | $1,325.17 | $818.77 |
| 03/01/2012 | 5010 | Chase Bank USA, N.A. | Claim #: 9; Amount Claimed: 2,579.23; Amount Allowed: 2,579.23; Distribution Dividend: 3.25; | 7100-900 | | $83.87 | $734.90 |
| 03/01/2012 | 5011 | Chase Bank USA, N.A. | Claim #: 10; Amount Claimed: 764.06; Amount Allowed: 764.06; Distribution Dividend: 3.25; | 7100-900 | | $24.85 | $710.05 |
| 03/01/2012 | 5012 | Capital Recovery III LLC As Assignee of CREDIT | Claim #: 11; Amount Claimed: 949.86; Amount Allowed: 949.86; Distribution Dividend: 3.25; | 7100-900 | | $30.89 | $679.16 |
| 03/01/2012 | 5013 | Chase Bank USA, N.A. | Claim #: 12; Amount Claimed: 7,974.73; Amount Allowed: 7,974.73; Distribution Dividend: 3.25; | 7100-900 | | $259.33 | $419.83 |

**SUBTOTALS** $3,504.57 $3,084.74

Page No: 2
Case 10-02130    Doc 37    Filed 06/19/12    Entered 06/19/12 09:27:40    Desc Main
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document        Page 8 of 10
Exhibit 9

| Case No. | 10-02130-SPS | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | HENDERSON, RANDY AND HENDERSON, JACQUELINE MARIE | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******0993 | | | Checking Acct #: | ******3001 |
| Co-Debtor Taxpayer ID #: | ******0994 | | | Account Title: | DDA |
| For Period Beginning: | 1/21/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/01/2012 | 5014 | Chase Bank USA, N.A. | Claim #: 13; Amount Claimed: 4,129.94; Amount Allowed: 4,129.94; Distribution Dividend: 3.25; | 7100-900 | | $134.30 | $285.53 |
| 03/01/2012 | 5015 | Chase Bank USA,N.A./ Kohl's Department Stores | Claim #: 14; Amount Claimed: 3,832.65; Amount Allowed: 3,832.65; Distribution Dividend: 3.25; | 7100-900 | | $124.63 | $160.90 |
| 03/01/2012 | 5016 | Atlas Acquisitions LLC Assignee of Bank of | Claim #: 15; Amount Claimed: 842.42; Amount Allowed: 842.42; Distribution Dividend: 3.25; | 7100-900 | | $27.39 | $133.51 |
| 03/01/2012 | 5017 | GE Money Bank dba OLD NAVY | Claim #: 16; Amount Claimed: 1,684.28; Amount Allowed: 1,684.28; Distribution Dividend: 3.25; | 7100-900 | | $54.77 | $78.74 |
| 03/01/2012 | 5018 | GE Money Bank dba SAM'S CLUB | Claim #: 17; Amount Claimed: 1,700.00; Amount Allowed: 1,700.00; Distribution Dividend: 3.25; | 7100-900 | | $55.28 | $23.46 |
| 03/01/2012 | 5019 | GE Money Bank dba IKEA CONSUMER | Claim #: 18; Amount Claimed: 612.50; Amount Allowed: 612.50; Distribution Dividend: 3.25; | 7100-900 | | $19.92 | $3.54 |
| 03/01/2012 | 5020 | Clerk, US Bankruptcy Court | Small Dividends | * | | $3.54 | $0.00 |
| | | | Claim Amount                              $(3.54) | 7100-001 | | | $0.00 |
| | | | **TOTALS:** | | $3,504.57 | $3,504.57 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $3,504.57 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,504.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,504.57 | |

| For the period of 1/21/2010 to 6/11/2012 | | For the entire history of the account between 06/29/2011 to 6/11/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,504.57 | Total Internal/Transfer Receipts: | $3,504.57 |
| | | | |
| Total Compensable Disbursements: | $3,504.57 | Total Compensable Disbursements: | $3,504.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,504.57 | Total Comp/Non Comp Disbursements: | $3,504.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 10-02130   Doc 37   Filed 06/19/12   Entered 06/19/12 09:27:40   Desc Main
           Document     Page 9 of 10
FORM 2
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| **Case No.** | 10-02130-SPS | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|
| **Case Name:** | HENDERSON, RANDY AND HENDERSON, JACQUELINE MARIE | | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0993 | | | **Money Market Acct #:** | ******2130 |
| **Co-Debtor Taxpayer ID #:** | ******0994 | | | **Account Title:** | |
| **For Period Beginning:** | 1/21/2010 | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/11/2012 | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/28/2011 | (12) | United States Treasury | Per Notes - REfund to be applied to equity on vehicles. | 1124-000 | $3,504.30 | | $3,504.30 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.14 | | $3,504.44 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.13 | | $3,504.57 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $3,504.57 | $0.00 |
| | | | **TOTALS:** | | $3,504.57 | $3,504.57 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $3,504.57 | |
| | | | **Subtotal** | | $3,504.57 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,504.57 | $0.00 | |

| **For the period of 1/21/2010 to 6/11/2012** | | **For the entire history of the account between 04/28/2011 to 6/11/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $3,504.57 | Total Compensable Receipts: | $3,504.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,504.57 | Total Comp/Non Comp Receipts: | $3,504.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,504.57 | Total Internal/Transfer Disbursements: | $3,504.57 |

Page No: 4
Case 10-02130    Doc 37    Filed 06/19/12    Entered 06/19/12 09:27:40    Desc Main
**FORM 2**
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document      Page 10 of 10

| Case No. | 10-02130-SPS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | HENDERSON, RANDY AND HENDERSON, JACQUELINE MARIE | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******0993 | | **Money Market Acct #:** | ******2130 |
| **Co-Debtor Taxpayer ID #:** | ******0994 | | **Account Title:** | |
| **For Period Beginning:** | 1/21/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/11/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $3,504.57 | $3,504.57 | $0.00 |

| For the period of 1/21/2010 to 6/11/2012 | | For the entire history of the case between 01/21/2010 to 6/11/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,504.57 | Total Compensable Receipts: | $3,504.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,504.57 | Total Comp/Non Comp Receipts: | $3,504.57 |
| Total Internal/Transfer Receipts: | $3,504.57 | Total Internal/Transfer Receipts: | $3,504.57 |
| | | | |
| Total Compensable Disbursements: | $3,504.57 | Total Compensable Disbursements: | $3,504.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,504.57 | Total Comp/Non Comp Disbursements: | $3,504.57 |
| Total Internal/Transfer Disbursements: | $3,504.57 | Total Internal/Transfer Disbursements: | $3,504.57 |